UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Plaintiffs,

vs.

DANIEL'S CONTRACT CARPETING & TILE, INC., and DANIEL K. LEWANDOWSKI, individually,

Defendants.

Civil No. 00-1771 JRT/SRN

**ORDER TO SHOW CAUSE**

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendants in civil contempt for failure to obey the Court's previous Order dated October 4, 2000, which ordered Defendant to produce for inspection and audit certain business records for the period March, 2000 through the date of the Order. Pursuant to that Motion the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendant is hereby ordered to personally appear before this Court on 2/21/01 at 9:00am at the United States Courthouse, Courtroom 13E, 300 South 4th Street, Minneapolis, Minnesota to show cause, if any, why a Contempt of Court Order should not be entered adjudging the Defendants in civil contempt of this Court for continuing to refuse to produce for inspection and audit certain business records for the period March, 2000 through October 4, 2000 and that Defendant should show cause

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

why he should not be committed to confinement until compliance with the Court's Order of October 4, 2000.

BY THE COURT:

Date: 1-24, 2001

John R. Tunheim
United States District Court Judge