**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND and TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Plaintiffs,

v.

DANIEL'S CONTRACT CARPETING & TILE, INC., and DANIEL K. LEWANDOWSKI,

Defendants.

Civil No. 00-1771 (JRT/SRN)

**BENCH WARRANT**

---

The United States Marshal is hereby commanded to arrest defendant, Daniel K. Lewandowski, and bring defendant before the undersigned for the reason that defendant failed to appear on February 21, 2001, at 9:00 a.m. pursuant to an Order to Show Cause in the above-entitled case.

The United States Marshal is further commanded to detain defendant in custody until defendant is discharged by the Court.

The Clerk of Court shall issue any process necessary to effectuate this Bench Warrant.

DATED: 2-21-2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED FEB 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK