UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Twin City Floor Covering Industry, et al.,

Plaintiff,

v.

Daniel's Contract Carpeting & Tile
and Daniel K. Lewandowski,

Defendant.

Civil 00-1771 JRT/FLN

**NOTICE OF CONTEMPT HEARING**

A hearing will be held on Wednesday, May 16, 2001, at 9:00 a.m. for the purpose of determining whether the defendant, Daniel K. Lewandowski, should be held in contempt of Judge Tunheim's order of October 4, 2000. Plaintiffs allege that defendant Lewandowski has failed to comply with that order in the following respects:

1. The order required that Lewandowski produce for inspection and audit business records for Daniel's Contract Carpeting & Tile for the period March 2000 through October 4, 2000, and defendant has failed to produce those records;

2. The order required that the defendant Lewandowski produce for inspection such additional records as deemed necessary to the performance of the audit by representatives of plaintiffs, and defendant has failed to produce such records.

Defendant Lewandowski previously appeared before the undersigned on April 2, 2001, after he was arrested for failing to appear before Judge Tunheim pursuant to an order to show cause. The court released the defendant on an unsecured bond and ordered him to comply with Judge Tunheim's October 4, 2000, order on or before April 12, 2001. Plaintiffs' counsel has represented to the court that defendant Lewandowski has still not complied with Judge Tunheim's October 4, 2000, order.

FILED APR 1 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

At the hearing on May 16, 2001, if the plaintiffs prove by competent evidence that defendant Lewandowski failed to comply with the October 4, 2000, order on or before the 10th of May, the court will make a report and recommendation that defendant Lewandowski be held in civil contempt and be remanded to the custody of the United States Marshal until he purges himself of the contempt by complying with Judge Tunheim's October 4, 2000, order.

DATED: April 18, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge