UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Twin City Floor Covering Industry, et al.,

Plaintiffs,

vs.

Daniel's Contract Carpeting & Tile
and Daniel K. Lewandowski,

Defendants.

Civil 00-1771 JRT/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 5, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that the Release Order and Appearance Bond entered on April 18, 2001, has been complied with and defendant is exonerated from the bond.

DATED: July 10, 2001.

JUDGE JOHN R. TUNHEIM
United States District Court

FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______