ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 00-1771 JRT/FLN

**TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,**

Plaintiff,

vs.

**DANIEL'S CONTRACT CARPETING & TILE, INC., and DANIEL K. LEWANDOWSKI, individually,**

Defendants.

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER FOR MONEY JUDGMENT**

This matter was heard before the undersigned on the 31st day of October, 2001. Jacqueline M. Beaulieu of McGrann Shea Anderson Carnival Straughn & Lamb, Chartered, appeared for and on behalf of the Plaintiff. There was no appearance on behalf of the Defendants.

This matter was brought before the Court on October 31, 2001, by the Plaintiff for entry of a money judgment pursuant to this Court's Order dated October 4, 2000, which Ordered the Defendants to submit to an audit by producing the documents requested, and provided that Plaintiff move for entry of judgment after the audit was completed.

## FINDINGS OF FACT

1. On October 4, 2000 this case was heard by the Court upon Plaintiff's motion seeking an Order for Default Judgment.

FILED ____
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

2. Based upon the pleadings, record, filings and arguments of Counsel, this Court entered Judgment on October 4, 2000, against the Defendants and Ordered that Defendants submit records for March, 2000 through October, 2000, and that the amounts due and owing pursuant to that audit, and for fees and costs, would be determined after a hearing.

3. Defendants failed to comply with that Order and Plaintiff's moved for contempt sanctions.

4. After Plaintiff's motion, Defendants produced documents for the period of March, 2000 through July, 2000, the end date of Defendants business operations.

5. Plaintiff performed an audit of those records produced and prepared a Payroll Audit Invoice. According to the Invoice, $61,483.31 in contributions are owing for the period of the audit.

6. As is provided in the Agreements between the parties, Plaintiff is entitled to liquidated damages in the amount of 10%. Liquidated damages total $6,148.33.

7. Defendants have failed to pay the amount owing pursuant to the invoice.

8. Plaintiff has incurred $10,320.00 in legal fees and $839.42 in costs associated with this action.

**CONCLUSIONS OF LAW**

9. Defendants owe contributions in the amount of $61,483.31 for the period of March, 2000 through July, 2000.

10. Defendants owe $6,148.33 in liquidated damages.

11. The reasonable fees and costs, which Plaintiff has incurred in prosecution of this matter total $11,159.42.

**ORDER FOR JUDGMENT**

IT IS HEREBY ORDERED:

1. That Plaintiff's application for Entry of a Money Judgment is granted.

2. That the Clerk enter judgment in favor of Plaintiff and against Defendants, jointly or order, as follows:

   a. In favor of the Fund in the amount of $61,483.31 for contributions delinquent and unpaid for the period March, 2000 through July, 2000.

   b. In favor of the Fund in the amount of $6,148.33 for liquidated damages.

   c. In favor of the Fund in the amount of $11,159.42, as and for, reasonable attorney's fees and costs.

   d. In favor of the Plaintiff the Twin City Floor Covering Industry Pension Fund and Twin City Floor covering Industry Fringe Benefit Trust Fund, for the total amount of $78,791.06.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 31, 2001

John R. Tunheim
Judge of District Court